

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00238-CV

**IN THE INTEREST OF R.L.G.**, B.J.G., C.J.G., and K.R.G., Children

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. FL-12-341
Honorable Robert R. Barton, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 1, 2014.

_____
Rebeca C. Martinez, Justice